569 A.2d 927

**BIOSCIENCES INFORMATION SERVICE, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, BOARD OF FINANCE AND REVENUE.**

Supreme Court of Pennsylvania.

Argued Jan. 26, 1990.

Decided Feb. 6, 1990.

Joseph C. Bright, Ann Joyce Holtwick, Philadelphia, for appellant.

Bartholomew J. Deluca, Jr., Deputy Atty. Gen., for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

Prior report: 122 Pa.Cmwlth. 294, 551 A.2d 672.

PER CURIAM:

Order affirmed.